UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA ARTEAGA,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MORFIN,<br><br>    Defendant. | Case No. 17-cv-01288 NC (PR)<br><br>**ORDER OF DISMISSAL** |

On March 10, 2017, Plaintiff, proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983.[1] That same day, the Court sent a notification to Plaintiff, informing him that he did not pay the filing fee, and his application to proceed in forma pauperis ("IFP") was incomplete. Specifically, the notification informed Plaintiff that the IFP application he submitted was missing a page and that he did not submit a Certificate of Funds in Prisoner's Account form or a copy of his prisoner trust account. The Court also provided Plaintiff with a copy of the IFP application he submitted, and included a blank Certificate of Funds in Prisoner's Account form, along with a return envelope, and a notification that the case would be dismissed if he failed to pay the fee, or

---

[1] Plaintiff has consented to magistrate judge jurisdiction. Dkt. No. 4.

Case No. 17-cv-01288 NC (PR)
ORDER OF DISMISSAL

1

file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed and Plaintiff has not paid the fee, filed a completed application to proceed IFP, or otherwise communicated with the Court.

Accordingly, the case is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

DATED: April 25, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-01288 NC (PR)
ORDER OF DISMISSAL

2